# U.S. Fish and Wildlife Service
# United States District Court
# Violation Notice

CVB Location Code: **SA30**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| W0797553 | THOMAS GRACE, JR. | SA0539 |

W0797553

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 02/07/2014 9:30 AM

Offense Charged: [✓] CFR [✓] USC [ ] State Code
16 USC 1538; 50 CFR 14.11

Place of Offense: MOBILE COUNTY, ALABAMA

Offense Description: Factual Basis for Charge — HAZMAT [ ]

Import wildlife at non-designated port.

### DEFENDANT INFORMATION
Phone: (601) 731-2900

Last Name: COLUMBIA AUCTION COMPANY
First Name:
M.I.:

Street Address: 425 Eagle Day Avenue
City: Columbia
State: MS
Zip Code: 39429
Date of Birth:

Drivers License No.: | CDL [ ] | D.L. State: | Social Security No.:

[ ] Adult [ ] Juvenile  Sex [ ] Male [ ] Female  Hair: Eyes: Height: Weight:

### VEHICLE  VIN:  CMV [ ]
Tag No.: | State: | Year: | Make/Model: | PASS [ ] | Color:

A [ ] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B [✓] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 250 Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ 275 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: CENTRAL VIOLATIONS BUREAU: 1-800-827-2982
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **February 07, 2014** while exercising my duties as a law enforcement officer in the **SOUTHERN** District of **ALABAMA**

On 02/07/2014, WILLIAM J. GILMORE, DBA COLUMBIA AUCTION COMPANY did unlawfully import wildlife into the United States at the Port of Mobile, Alabama. The Port of Mobile, Alabama is a Customs port of entry that is not designated as an approved U. S. Fish and Wildlife Port of Entry.

The foregoing statement is based upon:
[✓] my personal observation
[✓] my personal investigation
[✓] information supplied to me from my fellow officer's observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/21/2014  _____
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

| U.S. Fish and Wildlife Service | CVB Location Code | | |
|---|---|---|---|
| United States District Court Violation Notice | SA30 | | |

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| W0797554 | THOMAS GRACE, JR. | SA0539 |

W0797554

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☑ USC ☐ State Code |
|---|---|
| 02/07/2014  9:30 AM | 16 USC 1538; 50 CFR 14.91 |

Place of Offense

MOBILE COUNTY, ALABAMA

Offense Description: Factual Basis for Charge                HAZMAT ☐

Did engage in business as importer of wildlife without obtaining a U. S. Fish and Wildlife Service import/export license

### DEFENDANT INFORMATION    Phone: ( 601 ) 731 - 2900

| Last Name | First Name | M.I. |
|---|---|---|
| COLUMBIA AUCTION COMPANY | | |

Street Address

425 Eagle Day Avenue

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Columbia | MS | 39429 | |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

| ☐Adult ☐Juvenile | Sex ☐Male ☐Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|

### VEHICLE    VIN:                                                    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

| A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy). | B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy). |
|---|---|
| | $ 250          Forfeiture Amount |
| | + $25 Processing Fee |
| PAY THIS AMOUNT → | $ 275          Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| CENTRAL VIOLATIONS BUREAU: 1-800-827-2982 | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on February 07, 2014 while exercising my duties as a law enforcement officer in the SOUTHERN District of ALABAMA

On 02/07/2014, WILLIAM J. GILMORE, DBA COLUMBIA AUCTION COMPANY did unlawfully import wildlife into the United States, for commercial purposes, at the Port of Mobile, Alabama without first obtaining an import/export license from the U. S. Fish and Wildlife Service.

The foregoing statement is based upon:

☑ my personal observation     ☑ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/21/2014   _[signature]_
             Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
             Date (mm/dd/yyyy)    U.S. Magistrate Judge