# United States District Court Violation Notice

**CVB Location Code:** SA30

| Field | Value |
|---|---|
| Violation Number | 2685922 |
| Officer Name (Print) | B. Barrett |
| Officer No. | 4276 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Field | Value |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 10/01/2014 1040hrs |
| Offense Charged | ☒ CFR ☒ USC ☐ State Code |
| | 16 USC 668 dd(c) |
| | 50 CFR 27.51 |
| Place of Offense | Bon Secour NWR - Perdue |
| Offense Description: Factual Basis for Charge | Damaging dune plants |
| HAZMAT | ☐ |

## DEFENDANT INFORMATION

| Field | Value |
|---|---|
| Phone | (251) 504-0632 |
| Last Name | South |
| First Name | Sabrina |
| M.I. | B. |
| Street Address | ~~18021~~ 6246 Wiley Mobley Ln |
| City | Gulf Shores |
| State | AL |
| Zip Code | 36542 |
| Date of Birth | 03/26/1979 |
| Drivers License No. | 6618984 |
| D.L. State | AL |
| Social Security No. | [redacted] 344 |
| ☒ Adult ☐ Juvenile | Sex ☐ Male ☒ Female |
| Hair | BRN |
| Eyes | BRN |
| Height | 5-4 |
| Weight | 190 |

## VEHICLE

| Field | Value |
|---|---|
| Tag No. | 3155AB4 |
| State | AL |
| Year | |
| Make/Model | Dodge/Caravan Silver |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

- Forfeiture Amount: $75.00
- + $25 Processing Fee
- **PAY THIS AMOUNT → $100.00 Total Collateral Due**

**YOUR COURT DATE**
Court Address: 1-800-827-2982

X Defendant Signature: *Sabrina B. South*

(Rev. 01/2009) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **October 1**, 20**14** while exercising my duties as a law enforcement officer in the **Southern** District of **Alabama**

at approximately 1040 hrs. I observed a tent erected on the south side of the dune, approximately 75 yards east of the boardwalk at the south end of Mobile St. on the Perdue Unit of Bon Secour NWR. The tent was positioned at the north edge of an area where dune plants had been hand-planted. The small dune plants had been knocked down by the tent and walked on by the couple staying in the tent, Ms. Sabrina B. South and Mr. Sean M. Torreo. Signs are posted indicating that this area is open for daylight use only and closed to all public entry (dunes).

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **10/01/2014** — Officer's Signature: *Bryan Barrett*

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident