# United States District Court
## Violation Notice

CVB Location Code: **SA30**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 2685921 | B. Barrett | 4276 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 10/01/2014 1040hrs
Offense Charged: 16 USC 668 dd(c) / 50 CFR 27.51

Place of Offense: Bon Secour NWR - Perdue

Offense Description: Factual Basis for Charge: Damaging dune plants

### DEFENDANT INFORMATION
Phone: (251) 237-9749
Last Name: Torneo
First Name: Sean
M.I.: M.
Street Address: 505 West Canal Dr.
City: Gulf Shores
State: AL
Zip Code: 36542
Date of Birth: 12/02/1978
Drivers License No.: I887588
D.L. State: AL
Social Security No.: [redacted]2182
Adult ☒ Juvenile ☐ Sex: Male ☒ Female ☐
Hair: BRN Eyes: BRN Height: 5-6 Weight: 155

### VEHICLE
VIN: (blank)

- A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
- B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 75.00 Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT → $ 100.00** Total Collateral Due

### YOUR COURT DATE
Court Address: 1-800-827-2982

X Defendant Signature: [signed]

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **October 1, 2014** while exercising my duties as a law enforcement officer in the **Southern** District of **Alabama** at approximately 1040 hrs. I observed a tent erected on the south side of the dune approximately 75 yards east of the boardwalk at the south end of Mobile St. on the Perdue Unit of Bon Secour NWR. The tent was positioned at the north edge of an area where dune plants had been hand planted. The small dune plants had been knocked down by the tent and walked on by the couple staying in the tent, Ms. Sabrina B. South and Mr. Sean M. Torneo. Signs are posted indicating that this area is open for daylight use only, except the dunes which are closed to all public entry.

The foregoing statement is based upon:
- ☒ my personal observation
- ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **10/01/2014** [signed B. Barrett]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident